ACCEPTED
06-15-00044-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2015 9:36:28 AM
DEBBIE AUTREY
CLERK

## No. 06-15-00044-CV

# In the Court Of Appeals
# for the Sixth Judicial District of Texas
# at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2015 9:36:28 AM
DEBBIE AUTREY
Clerk

**BURLINGTON RESOURCES OIL & GAS COMPANY LP,**

*Appellant,*

**v.**

**PETROMAX OPERATING CO., INC., WOODBINE ACQUISITION, LLC, PETRO TEXAS, LLC, CH4 ENERGY II, LLC, AND TEXCAL ENERGY SOUTH TEXAS L.P.,**

*Appellees.*

On Appeal from the 12th Judicial District Court
Madison County, Texas
Cause Number 12-13130-012-10

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Burlington Resources Oil & Gas Company LP respectfully moves the Court to extend the time for filing Appellant's Reply Brief by 15 days, to and including January 26, 2015. Appellees do not oppose this requested extension.

1.  The last of the clerk's and reporter's records was filed on July 21, 2015. Burlington filed Appellant's Brief on October 20, 2015. Appellees filed Appellees'

1

Brief on December 21, 2015. Burlington's Reply Brief is currently due to be filed on January 11, 2016.

2. Appellant requests a 15-day extension of time to file Appellant's Reply Brief, to and including January 26, 2016.

3. In support of the requested extension, Appellant would show that, in addition to the Christmas and New Year's holidays, the following commitments of Appellant's counsel responsible for drafting Appellant's Reply Brief interfere with preparation of the brief by the current deadline:

a. Roger Townsend is traveling out of the country, with extremely limited Internet access, until January 5, 2016. During the week of his return, he is scheduled to appear for jury duty and also will travel to attend oral argument in No. 15-20125, *Aspire Commodoties, LP, et al. v. GDF Suez Energy North America, Inc., et al.*, in the U.S. Court of Appeals for the Fifth Circuit.

b. Kirsten Castañeda is required to devote time during the reply period to drafting a brief on the merits in No. 15-0596, *Mary Kay Inc. v. eBay Inc.*, in the Texas Supreme Court.

c. John Mercy is required to devote time during the reply period to drafting reply briefs in No. 06-15-00370-CV, *Michael Lee v. The Rogers*

*Agency, et al.*, and No. 06-15-00013-CV, *City National Bank of Sulphur Springs v. John Alexander Smith*, both in this Court.

4.      Appellant has not sought or obtained any extensions of time to file Appellant's Reply Brief.  This case has not yet been set for submission.  Appellant seeks this extension not solely for delay, but so that justice may be done.

5.      As reflected in the Certificate of Conference below, Appellees do not oppose the requested extension.

### PRAYER

WHEREFORE, Appellant prays that the Court grant this Motion and extend the deadline for filing Appellant's Reply Brief in this matter by 15 days, to and including January 26, 2016.  Appellant also prays for such other and further relief to which it may be entitled in law or in equity.

Respectfully submitted,

/s/ Kirsten M. Castañeda

John R. Mercy
 State Bar No. 13947200
 *jmercy@texarkanalawyers.com*
MERCY ✯ CARTER ✯ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
Tel: (903) 794-9419
Fax: (903) 794-1268

Vincent L. Marable III
 State Bar No. 12961600
 *trippmarable@sbcglobal.net*
PAUL WEBB, P.C.
221 N. Houston Street
Wharton, Texas  77488
Tel: (979) 532-5331
Fax: (979) 532-2902

Kirsten M. Castañeda
 State Bar No. 00792401
 *kcastaneda@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON &
 TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206
Tel: (214) 369-2358
Fax: (214) 369-2359

Roger D. Townsend
 State Bar No. 20167600
 *rtownsend@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON &
 TOWNSEND LLP
1844 Harvard Street
Houston, Texas  77008
Tel: (713) 523-2358
Fax: (713) 523-4553

Fred Hagans
 State Bar No. 08685500
 *fhagans@hagans-law.com*
Kendall C. Montgomery
 State Bar No. 14293900
 *kmontgomery@hagans-law.com*
HAGANS BURDINE MONTGOMERY &
 RUSTAY, P.C.
3200 Travis, Fourth Floor
Houston, Texas  77006
Tel: (713) 222-2700
Fax: (713) 547-4950

*Attorneys for Appellant*
*Burlington Resources Oil & Gas Company LP*

4

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Rich Phillips regarding the extension requested in this Motion, and Rich Phillips communicated on behalf of Appellees jointly that they do not oppose the requested extension.

/s/ Kirsten M. Castañeda
Kirsten M. Castañeda

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2015, a true and correct copy of the foregoing Unopposed Motion is served via e-service through efile.txcourts.gov on Appellees through counsel of record, listed below:

Mr. Greg W. Curry
  *Greg.Curry@tklaw.com*
Mr. Gregory D. Binns
  *Gregory.Binns@tklaw.com*
Mr. Richard B. Phillips, Jr.
  *Rich.Phillips@tklaw.com*
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201

*Counsel for Appellee Woodbine Acquisition, LLC n/k/a MD America Energy LLC*

Ms. Deborah G. Hankinson
  *dhankinson@hankinsonlaw.com*
Ms. Stephanie Dooley Nelson
  *snelson@hankinsonlaw.com*
HANKINSON LLP
750 N. St. Paul Street, Suite 1800
Dallas, Texas 75201

*Counsel for Appellee TexCal Energy South Texas, L.P.*

Mr. Jesse R. Pierce
  *JPierce@pierceoneill.com*
Mr. Brian K. Tully
  *BTully@pierceoneill.com*
PIERCE & O'NEILL, LLP
4203 Montrose Blvd.
Houston, Texas 77006

*Counsel for Appellee TexCal Energy South Texas, LP*

Mr. David J. Beck
  *dbeck@beckredden.com*
Mr. David M. Gunn
  *dgunn@beckredden.com*
Mr. Thomas E. Ganucheau
  *tganucheau@beckredden.com*
Mr. Jim Taylor
  *jtaylor@beckredden.com*
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010

*Counsel for Appellees Petromax Operating Co., Inc., Petro Texas LLC, and CH4 Energy II, LLC*

Mr. Brad D'Amico
  *bd@canteyhanger.com*
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas 75201

*Counsel for Appellee Petromax Operating Co., Inc.*

Mr. Jeffery C. Lewis
  *jlewis@arwhlaw.com*
ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP
1710 Moores Lane
Texarkana, Texas 75503

*Counsel for Appellee Woodbine Acquisition, LLC n/k/a MD America Energy LLC*

/s/ Kirsten M. Castañeda
Kirsten M. Castañeda